**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 11, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00076-CV

---

### KATHLEEN M. VOSSLER, Appellant

### V.

### MARY MATHA DEVELOPMENT COMPANY, LLC, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-59633**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 25, 2019. On April 4, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Justices Christopher, Hassan, and Poissant.